# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RITA BOSAVAGE, | |
| Plaintiff, | CIVIL ACTION NO. 3:10-CV-0931 |
| v. | (JUDGE CAPUTO) |
| GENESIS HEALTHCARE d/b/a ABINGTON MANOR and GENESIS HEALTHCARE, | |
| Defendants. | |

## ORDER

**NOW**, this 19th day of October, 2010, **IT IS HEREBY ORDERED** that this Court's Order dated August 16, 2010 (Doc. 10) is **VACATED**.

_____
A. Richard Caputo
United States District Judge